## Wagner *v.* Monongahela Street Railway Company, Appellant.

Argued April 29, 1902. Appeal, No. 139, April T., 1902, by defendant, from judgment of C. P. No. 3, Allegheny Co., Nov. T., 1900, No. 148, on verdict for plaintiff in case of Ada Wagner v. Monongahela Street Railway Company. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY BEAVER, J., May 22, 1902:

For the reasons set forth in Boyles v. Railway Co., No. 137, April term, 1902, in which an opinion has been this day filed, the judgment in this case is affirmed.

---

## Rieber *v.* Monongahela Street Railway Company, Appellant.

Argued April 29, 1902. Appeal, No. 138, April T., 1902, by defendant, from judgment of C. P. No. 3, Allegheny Co., Nov. T., 1900, No. 147, on verdict for plaintiff in case of A. C. Rieber v. Monongahela Street Railway Company. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY BEAVER, J., May 22, 1902:

For the reasons set forth in Boyles v. Railway Co., No. 137, April term, 1902, in which an opinion has been this day filed, the judgment in this case is affirmed.